IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRANCE K. BILLUPS                                                                                    PLAINTIFF
ADC #130419

v.                                          4:22-cv-00685-JM-JJV

DEXTER PAYNE, ADC Director, and
DOES, ADC employees                                                                                 DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.     DISCUSSION**

Terrance K. Billups ("Plaintiff") is a prisoner in Arkansas Division of Correction. In July 2022, he filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 1.) But he did not pay the filing fee or file an Application to Proceed *In Forma Pauperis* ("IFP Application"). Accordingly, on August 4, 2022, I entered an Order giving Plaintiff thirty days to either pay the filing file in full or file an IFP Application, provided him with the necessary forms, and cautioned him I would recommend dismissal if he did not timely comply with my instructions. (Doc. 2.) I later granted Plaintiff's request for an extension, until September 26, 2022 to comply

with my instructions. (Doc. 7). On September 26, 2022, Plaintiff sought a second extension of time. (Doc. 12.) But he did not explain why he was able to file several pleadings in this case but unable to pay the filing fee or file an IFP Application. Thus, I granted Plaintiff's request for another extension, gave him until October 10, 2022 to comply with my instructions, and cautioned him "no further extensions will be granted." (Doc. 11.)

Despite being given several opportunities to do so, he has not paid the filing fee or filed an IFP Application. The time to do so has expired. Therefore, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.    CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 18th day of October 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE