IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRANCE K. BILLUPS                                                                PLAINTIFF
ADC #130419

v.                              4:22-cv-00685-JM-JJV

DEXTER PAYNE, ADC Director, and
DOES, ADC employees                                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's motion for extension of time, motion for order, and motion for reconsideration which the Court deems objections. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects. The Court has given Plaintiff over three (3) months to pay his filing fee or to provide a completed IFP application and calculation sheet.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 16), motion for order (ECF No. 17), and motion for reconsideration (ECF No. 18) are DENIED.

2. The Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 3rd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE