IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRANCE K. BILLUPS                                                                                       PLAINTIFF
ADC #130419

v.                                              4:22-cv-00685-JM-JJV

DEXTER PAYNE, ADC Director, and
DOES, ADC employees                                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 3rd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE